EMIL SENHOLZI and LILLA SENHOLZI, Respondents, v. MAX POPPER, Individually and as President of FAIRFIELD DEVELOPMENT CORPORATION, and FAIRFIELD DEVELOPMENT CORPORATION, Appellants, and " NATHAN " J. SHATZKIN, etc., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THOMAS SORRENTINO, Plaintiff, and ANNA SORRENTINO, Respondent, v. GIMBEL BROTHERS, INC., Appellant.— Order denying motion for judgment on the pleadings as to plaintiff Anna Sorrentino affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

STANDARD TRANSPORTATION COMPANY, Appellant, v. DALZELL TOWING CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FREDERICK B. STRECKER, Appellant, v. CONSOLIDATED GAS COMPANY OF NEW YORK (a Domestic Corporation), Respondent.— Judgment unanimously affirmed, without costs. (See McNevin v. Solvay Process Co., 32 App. Div. 610; affd. on opinion below, 167 N. Y. 530; Dolge v. Dolge, 70 App. Div. 517; Burgess v. First National Bank, 219 id. 361.) Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

TRIANGLE MINT CORPORATION, Respondent, v. GROVER A. WHALEN, as Police Commissioner of the City of New York, and Members of the Police Department of the City of New York, Appellants.— Order granting motion for injunction pendente lite reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The injunction was improvidently granted. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

GEORGE S. VAN DER WERKEN, Appellant, Respondent, v. JEROME S. KATZ, Respondent, Appellant.— Order dismissing complaint and counterclaim, and judgment entered thereon, reversed upon the law and the facts, and new trial granted, with costs to abide the event. The complaint states a good cause of action and the answer states a good counterclaim. The trial and not the pleadings must settle the dispute in this case. (N. E. D. Holding Co. v. McKinley, 246 N. Y. 40, 45.) Rich, Kapper, Seeger and Scudder, JJ., concur; Lazansky, P. J., concurs in result.

VINCENZO VETRANO, Respondent, v. JOHN VIZZI, Appellant.— Judgment modified by reducing the verdict to four hundred and twenty-five dollars and thus eliminating the seventy-five dollar item relating to medical expenses, respecting which the trial court erroneously allowed incompetent testimony over defendant's objection and exception. As so modified the judgment is unanimously affirmed, without costs. The order denying motion to review taxation of costs is unanimously affirmed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GEORGE H. WORTHINGTON, JR., Respondent, v. SAMUEL BLANKFEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ABRAHAM I. LEVY, Respondent, v. BENJAMIN SIEGAL, Appellant.— Application denied, with ten dollars costs.